UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:09CV00396 ERW |
| PAUL STOLZER, et al., | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants Paul Stolzer and Mary Ann Duffey's Motion for Leave to File Reply Out of Time [doc. #19]. These Defendants ask for additional time to file their reply brief to the pending Motion for Summary Judgment because their counsel is currently out of the country.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Paul Stolzer and Mary Ann Duffey's Motion for Leave to File Reply Out of Time [doc. #19] is **GRANTED.** Their reply brief must be filed on or before **July 14, 2009.**

Dated this 2nd Day of July, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE